IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SMITH,  No. 07-cv-00181-MCE-DAD PS

    Plaintiff,

  v.  <u>ORDER</u>

CALIFORNIA COMMISSION ON
TEACHER CREDENTIALING, et al.,

    Defendants.
_____/

    Plaintiff, proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On November 21, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten court days.  Plaintiff has filed timely objections to the findings and recommendations.

1

1     In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the findings and recommendations to
5 be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The findings and recommendations filed November 21,
8 2007, are adopted in full;
9     2.  Plaintiff's federal claims are dismissed for failure to
10 state a claim upon which relief may be granted;
11     3.  Plaintiff's supplemental state claims are dismissed
12 without prejudice; and
13     4.  The Clerk of the Court is directed to enter judgment and
14 close this case.

Dated: December 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE